980 F.2d 723
 Miller (Gary N.), Sal-Mar Amusements, Inc., t/a Vanity,
Butler & Butler, Inc., t/a Midnight Special,
Counsellor Two, Inc.
v.
City of Harrisburg, Reed (Stephen R.), Whitlock (Alexander),
Vajda (Richard), Ketterer (Stephen M.), Davenport (Leonard),
Starner (Larry), Meyer (William), Bowers (C. Richard), Sharp
(Ronald M.), Yingling (G.R.), Goode (Johnnie)
 NO. 91-5721
 United States Court of Appeals,
Third Circuit.
 Oct 15, 1992
 
 Appeal From: M.D.Pa.,
 Rambo, J.
 
 
 1
 AFFIRMED.